Case 1:23-cv-00580-JRS-MKK    Document 1    Filed 04/03/23    Page 1 of 2 PageID #: 1

1:23-cv-00580-JRS-MKK

FILED
04/03/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

3-29-2023

To the District Court,
I am writing to file a lawsuit a made up group of private civilians called PCI that are located in Muncie, IN.

I have a mental handicap I have two daughters that also have mental handicaps as well. I have lost of two daughters that I had cusody of at the time and now they have been in DCS care since last April. I am fighting to get my daughters back. I am filing a lawsuite against PCI the owner of PCI Eric Schmutte and the rest of PCI. For the mental destree that they have caused myself and my daughters and the lose of my home and the lose of my daughters.

The owner of PCI Eric schutte curently has a fedreal lawsuite against him.

Benjamin Marburger