UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BENJAMIN MARBURGER, | ) |
| Plaintiff, | ) ) ) |
| v. | )  No. 1:23-cv-00580-JRS-MKK |
| PCI, | ) ) |
| ERIC SCHUTTE Owner of PCI, | ) ) |
| Defendants. | ) |

**Final Judgment**

Plaintiff's Complaint, (ECF No. 1), is **dismissed without prejudice**. This is a **final judgment** under Federal Rule of Civil Procedure 58. This case is now closed.

**SO ORDERED.**

Date: 05/22/2023

_JAMES R. SWEENEY II, JUDGE_
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

Distribution:

Benjamin Marburger
8881 W. C.R. 700 S
Coatsville, IN 46121